# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROSEDALE UNION SCHOOL DISTRICT,

        Plaintiff,

    v.

J.F,

        Defendants.

AND RELATED CROSS-CLAIMS

Case No.: 1:16-CV-0147- JLT

ORDER AFTER NOTICE OF SETTLEMENT

(Doc. 30)

On September 16, 2016, the plaintiff notified the Court the parties have entered into a settlement agreement. (Doc. 30)  However, the settlement is contingent upon the completion of the IEE and the IEP team reviewing it.  (Doc. 31)  Therefore, the court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **<u>no later than December 2, 2016</u>**;

    2.    All pending dates, conferences and hearings are **VACATED**.

The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.

IT IS SO ORDERED.

Dated:   **September 19, 2016**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE