UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE UNION SCHOOL DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>J.F., a minor, by and through BRADLEY FEIGE and JENNIFER FEIGE, Parents,<br><br>Defendants.<br><br>AND RELATED ACTION | CASE NO. 1:16-CV-00147-JLT<br><br>**[PROPOSED] ORDER GRANTING IN PART THE STIPULATION TO EXTEND THE DEADLINE BY WHICH THE ACTION WILL BE DISMISSED**<br><br>(Doc. 42) |

Due to the needs of the settlement agreement, to complete a school site assessment, complete the IEP meeting and the District pay the settle amounts, the Court **ORDERS**:

1. **No later than March 24, 2016**, counsel **SHALL** file their stipulated dismissal.[1]

IT IS SO ORDERED.

Dated:   **December 2, 2016**             /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In the event counsel determine they cannot complete the settlement by this deadline, no later than March 17, 2016, they SHALL file a joint request for additional time. The request SHALL set forth a comprehensive description of the impediments to dismissal and an explanation why these impediments could not more quickly be overcome.