# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosedale Union School District,<br><br>  Plaintiff,<br><br>  vs.<br><br>J.F., a minor, by and through Bradley Feige and Jennifer Feige, Parents,<br><br>  Defendant.<br><br>AND RELATED CROSS ACTION | CASE NO. 1:16-CV-00147-JLT<br><br>[~~Proposed~~] **Order Granting Joint Stipulation to Extend Time to File Stipulation and Order for Dismissal** |

Because the Rosedale Union School District needs additional time to effectuate payment for the vision therapy independent educational evaluation conducted pursuant to the August 12, 2016 settlement agreement between the Parties, the Court **ORDERS**:

1. **No later than April 28, 2017,** counsel for the parties shall file their stipulated dismissal.

IT IS SO ORDERED.

Dated:   **March 24, 2017**                              **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE