# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE UNION SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>J.F., a minor, by and through BRADLEY FEIGE and JENNIFER FEIGE,<br><br>Defendant.<br><hr>AND RELATED CROSS ACTION | Case No.: 1:16-cv-00147 JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On September 19, 2016, the parties notified the Court that the matter had settled. (Doc. 32) The settlement was contingent upon the completion of an IEE and the IEP reviewing it. Id. Thus, the Court ordered the dismissal documents to be filed by December 2, 2016, when these actions were to be completed. Id.

On December 2, 2016, the Court granted in part the stipulation to extend the deadline to dismiss the action to March 24, 2016. (Doc. 44) The stipulation indicated that the assessment to be completed by the specialist was not yet finished and Rosedale had not yet made the payment required by the settlement. (Doc. 42) In the order, the Court required,

> In the event counsel determine they cannot complete the settlement by this deadline, no later than March 17, 2016, they SHALL file a joint request for additional time. The

1

request SHALL set forth a comprehensive description of the impediments to dismissal and an explanation why these impediments could not more quickly be overcome.

Doc. 44 at n. 1. Once again, on March 24, 2017, the Court granted the stipulation to extend the deadline to April 28, 2017 to dismiss the action, this time because the Rosedale needed more time to "effectuate payment for the vision therapy independent educational evaluation." (Doc. 48) Despite this, April 28, has come and gone and no dismissal papers have been filed. Therefore, the Court **ORDERS**:

    1.    No later than **May 19, 2017**, the parties **SHALL** show cause in writing why sanctions, up to and including dismissal of this action, should not be imposed for their failure to comply with the Court's orders.

**Failure to comply will result in the Court dismissing this action.**

IT IS SO ORDERED.

    Dated: __**May 10, 2017**__            __**/s/ Jennifer L. Thurston**__
                                                           UNITED STATES MAGISTRATE JUDGE