# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE UNION SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>J.F., A M by and through Bradley Feige and Jennifer Feige, Parents,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | CASE NO. 1:16-CV-00147-JLT<br><br>**ORDER CLOSING THE CASE**<br>(Doc. 55) |

The parties have stipulated to dismiss this action and cross action with prejudice based upon the terms of their settlement agreement. (Doc. 55) Fed.R.Civ.P 41(a) provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 16, 2017**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE